CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

JUN 30 2009

BY: JOHN F. CORCORAN, CLERK
/s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TERRY J. MOORE, | ) |
| Petitioner, | ) Case No. 7:09CV00252 |
| v. | ) |
| | ) **FINAL ORDER** |
| DEPARTMENT OF CORRECTIONS, | ) By: Glen E. Conrad |
| | ) United States District Judge |
| Respondent. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

ORDERED

that the petition for a writ of mandamus is construed as a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, and **DISMISSED** without prejudice for failure to exhaust state court remedies; and this action is stricken from the active docket of the court.

ENTER: This 30th day of June, 2009.

_____
United States District Judge